**No. 10M43. Jerry Wanzer, Petitioner v. Christina Hernandez, et al.**

562 U.S. 1089, 131 S. Ct. 811, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9497.

December 6, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M49. Paul Ezra Rhoades, et al., Petitioners v. Idaho.**

562 U.S. 1090, 131 S. Ct. 811, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9576.

December 6, 2010. Motion for leave to proceed in forma pauperis without an affidavit of indigency executed by petitioner granted.

Same case below, 149 Idaho 130, 233 P.3d 61.

**No. 10M50. Victoria Sethunya, Petitioner v. Weber State University, et al.**

562 U.S. 1090, 131 S. Ct. 811, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9523.

December 6, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

Same case below, 382 Fed. Appx. 793.

**No. 10M51. Farhi Saeed Bin Mohammed, et al., Petitioners v. Barack H. Obama, President of the United States, et al.**

562 U.S. 1090, 131 S. Ct. 811, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9489.

December 6, 2010. Motion for leave to file a petition for writ of certiorari under

seal granted. Justice Kagan took no part in the consideration or decision of this motion.

**No. 10M52. Ira Don Parthemore, Petitioner v. California.**

562 U.S. 1090, 131 S. Ct. 811, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9476.

December 6, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 10M53. Felicia Dyer, Petitioner v. Clarice Stovall, Warden.**

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9531.

December 6, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.

**No. 09-987. Arizona Christian School Tuition Organization, Petitioner v. Kathleen M. Winn, et al.**

562 U.S. 1090, 131 S. Ct. 812, 178 L. Ed. 2d 529, 2010 U.S. LEXIS 9490.

December 6, 2010. Motion of petitioner Arizona Christian School Tuition Organization for leave to file a supplemental brief after argument granted.